AUSA

**FILED**
JUN 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8556

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Carlos A GONZALEZ-Villalobos | Importation of a Controlled Substance (Felony) |
| Defendant. | |

pcl

The undersigned complainant being duly sworn states:

That on or about ~~August 23, 2007~~ June 18, 2008, within the Southern District of California, defendant Carlos A GONZALEZ-Villalobos did knowingly and intentionally import approximately 46.28 kilograms (101.82 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH, DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Carlos A GONZALEZ-Villalobos

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent (SA) Behm.

On June 18, 2008 at approximately 1400 hours, Carlos A GONZALEZ-Villalobos entered the United States at the Calexico, California, West, Port of Entry. GONZALEZ was the driver of a 1995 GMC Safari. The primary inspector, Customs and Border Protection Officer (CBPO) Tarin, noticed that GONZALEZ's name was positive for possible warrant. GONZALEZ gave the primary inspector a negative oral customs declaration. The vehicle was referred to the secondary lot for closer examination.

In the vehicle secondary lot, CBPO Barela performed a canine inspection of the vehicle. The canine alerted and responded to several cardboard boxes in the vehicle between the driver and passenger seat.

A subsequent inspection of the vehicle revealed 24 packages in cardboard boxes in the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, by CBPO Bejarano, which field tested positive for marijuana. The 24 packages had a combined net weight of approximately 46.28 kilograms (101.82 pounds).

GONZALEZ was placed under arrest and advised of his Constitutional Rights, by SA T. Behm which he acknowledged and waived, agreeing to answer questions. GONZALEZ admitted that he thought the boxes contained marijuana and stated that he was paid $600.00 to smuggle the marijuana into the US.

GONZALEZ had $600.00 in twenties in his pocket.