FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2365-W |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| CARLOS A. GONZALEZ-VILLALOBOS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about June 18, 2008, within the Southern District of California, defendant CARLOS A. GONZALEZ-VILLALOBOS, did knowingly and intentionally import approximately 46.28 kilograms (101.82 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 17, 2008.

KAREN P. HEWITT
United States Attorney

_(signature)_

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:es:Imperial
7/16/08